```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 16359
   SIDNEY E THOMPSON SR
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-2529

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 12/12/2006 and was confirmed 03/22/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   52.00%.

      The case was dismissed after confirmation 09/20/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
HSBC MORTGAGE SERVICES   CURRENT MORTG         .00            .00             .00
HSBC MORTGAGE SERVICES   MORTGAGE ARRE         .00            .00             .00
DIRECT TV                UNSECURED       NOT FILED            .00             .00
ENTERGY MISSISSIPPI      UNSECURED         1140.95            .00             .00
AMERICREDIT FINANCIAL SE SECURED NOT I      245.70            .00          245.70
PORTFOLIO RECOVERY ASSOC UNSECURED          533.20            .00             .00
RESURGENT CAPITAL SERVIC UNSECURED            53.87           .00             .00
VICTORIA J CARPENTER ESQ DEBTOR ATTY       2,550.00                       1,108.72
TOM VAUGHN               TRUSTEE                                             87.58
DEBTOR REFUND            REFUND                                                .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                1,442.00

PRIORITY                                            .00
SECURED                                          245.70
UNSECURED                                           .00
ADMINISTRATIVE                                 1,108.72
TRUSTEE COMPENSATION                              87.58
DEBTOR REFUND                                       .00
                       ---------------       ---------------
TOTALS                 1,442.00                1,442.00



             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 16359 SIDNEY E THOMPSON SR
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/27/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |